(116 So. 327)

### CHEVROLET MOTOR CO., etc., v. Mary S. CATON. (I Div. 485.)

Supreme Court of Alabama. March 29, 1928.

Certiorari to Court of Appeals.

Stevens, McCorvey, McLeod, Goode & Turner, of Mobile, for petitioner.

Inge & Bates, of Mobile, opposed.

THOMAS, J. Petition of the Chevrolet Motor Company, Chevrolet Motor Company, Mobile Retail Store, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Chevrolet Motor Co., etc., v. Caton, 116 So. 325.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.